JONES, Appellant, v. MILLARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Herbert A. Jones, as administrator, etc., against Allen J. Millard and another. No opinion. Motion to vacate order entered January 23, 1914, dismissing the appeal, with costs, denied, with $10 costs, upon the ground that the appellant is not entitled to have the default opened and the order of dismissal vacated as a matter of right, with leave to renew the application as a matter of favor. See, also, 147 N. Y. Supp. 1118, 1119.

---

PER CURIAM. Motion to open default as matter of favor granted, upon condition that the appellant, on or before the 18th day of April, 1914, procure the printed record on appeal to be signed and filed as required by rule 41 general rules of practice, and pay to respondent's attorney $10 costs of this motion, and $10 costs directed to be paid by the order of

missal entered January 23, 1914, and the $10 directed to be paid by the order entered herein the 11th day of March, 1914, and within the same time file and serve his printed brief on appeal as required by rule 9 of this court, and in case the appellant fail to fulfill any of these conditions, the motion is denied, with $10 costs. See, also, 147 N. Y. Supp. 1118, 1119.